NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-294

BRADY FIELDS

VERSUS

JAMES A. AVANCE, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 38718
HONORABLE LEO BOOTHE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billie Colombaro Woodard and Oswald A. Decuir, Judges.

**AFFIRMED AS AMENDED.**

Carol T. Richards
Alan B. Tusa
Tusa & Richards, L.L.C.
131 E. 23rd Avenue
Covington, LA 70433
(985) 893-9980
Counsel for Plaintiff/Appellant:
    Brady Fields

David A. Hughes
Hughes & LaFleur
P. O. Box 1831
Alexandria, LA 71309-1831
(318) 443-4090
Counsel for Defendant/Appellee:
    State Farm Mutual Automobile Insurance Company
    James A. Avance